# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 08-3552

———————

United States of America,　　　　　 *
　　　　　　　　　　　　　　　　　 *
　　　　　　　Appellee,　　　　　　 *　Appeal from the United States
　　　　　　　　　　　　　　　　　 *　District Court for the Eastern
　　v.　　　　　　　　　　　　　　 *　District of Arkansas.
　　　　　　　　　　　　　　　　　 *
Dennis S. Dokes,　　　　　　　　　 *　　　[UNPUBLISHED]
　　　　　　　　　　　　　　　　　 *
　　　　　　　Appellant.　　　　　　*

———————

Submitted:  November 23, 2009
Filed:  December 3, 2009

———————

Before BYE, BOWMAN, and BENTON, Circuit Judges.

———————

PER CURIAM.

　　　Dennis S. Dokes challenges the District Court's[1] denial of his motion for a hearing on whether the government breached his plea agreement by failing to move for a sentence reduction based on his cooperation.  Having carefully reviewed the record and considered Dokes's arguments on appeal, we conclude that the District Court did not abuse its discretion for the reasons explained in the court's opinion.  See 8th Cir. R. 47B.  We also grant counsel's motion to withdraw, and we deny as moot Dokes's pending motion.

———————————————————

———————————

　　　[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.